UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MANUEL ANTONIO HERRERA HERNANDEZ,**

        **Plaintiff,**

v.                                                                  Case No. 24-C-1251

**MARY RUECHEL et al.,**

        **Defendants.**

## DECISION AND ORDER

      Plaintiff Manuel Antonio Herrera Hernandez, who is representing himself, filed a complaint under 42 U.S.C. §1983. On October 20, 2025, Defendant Jody Maloney filed a motion for summary judgment. Dkt. No. 86. That same day, the County Defendants filed their own motion for summary judgment. Dkt. No. 91. However, their motion did not comply with the local rules, so the Court denied the motion without prejudice and gave them the opportunity to file a proper motion. They did so the next day, filing a revised motion, a revised brief in support, and proposed findings of fact. Dkt. Nos. 102-104. Defendants did not re-file their supporting declarations (Dkt. Nos. 93-99) because it is unnecessary and confusing to have the same document on the docket multiple times.

      On October 22, 2025, the Court entered a notice and order informing Plaintiff that he was required to respond to Maloney's motion and to the County Defendants' motion by November 20, 2025. Plaintiff responded to Maloney's motion on October 31, 2025. On November 3, 2025, at Plaintiff's request, the Court extended Plaintiff's deadline to respond to the County Defendants' motion to December 19, 2025. Two days later, on November 5, 2025, Plaintiff filed another motion for an extension of time as well as a motion to clarify. He explains that he received the County Defendants' original motion and revised motion on October 31, 2025. He states that he

also received documents belonging to another case. He explains that he is uncertain which documents he must respond to.

On November 10, 2025, the County Defendants' counsel filed a letter explaining that Defendants had filed a revised motion and legal brief (Dkt. Nos. 102 and 103), which replaced the original motion and legal brief (Dkt. Nos. 91 and 92) that the Court had denied without prejudice. The County Defendants also filed proposed findings of fact (Dkt. No. 104), which Plaintiff must respond to as explained in the Court's notice and order. These materials reference and rely on various declarations, which were filed in support of the original motion and can be found on the docket at Dkt. Nos. 93-99. As noted, it was unnecessary for the County Defendants to re-file the declarations because no changes were made to the declarations.

The letter from the County Defendants' counsel, along with the additional explanation in this decision, should address Plaintiff's confusion. Given that the Court has already extended Plaintiff's deadline to respond to the County Defendants' motion to December 19, 2025, the Court will deny Plaintiff's motion for an extension of time as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for an extension of time (Dkt. No. 112) is **DENIED as moot** and his motion to clarify (Dkt. No. 113) is **GRANTED**. If by **December 19, 2025**, Plaintiff does not respond to the County Defendants' summary judgment motion, legal brief, and proposed findings of fact (Dkt. Nos. 102-104) or does not request additional time to do so, the Court will accept all facts asserted by the County Defendants as undisputed and may grant the motions as a sanction for noncompliance with this order and the local rules.

Dated at Green Bay, Wisconsin this 17th day of November, 2025.

_____
William C. Griesbach
United States District Judge