MANUEL ANTONIO HERRERA HERNANDEZ,

Plaintiff,

v.                                                                    Case No. 24-C-1251

LT. MARY RUECHEL et al.,

Defendants.

## DECISION AND ORDER

Plaintiff Manuel Antonio Herrera Hernandez, who is incarcerated at the Oconto County Jail, is representing himself in this 42 U.S.C. §1983 case. In the last few years, Plaintiff has brought multiple §1983 cases and appeals. For each one, Plaintiff was informed that, under 28 U.S.C. §1915(b)(1), prisoners are required to pay the full amount of the statutory filing fee for every case and appeal they file. Consistent with §1915(b)(2), Plaintiff has been required "to make monthly payments of 20 percent of the preceding month's income credited to [his] account." The Supreme Court has explained that given the intent of the Prison Litigation Reform Act to deter frivolous lawsuits, a prisoner must pay for each lawsuit he files **simultaneously** until each debt is paid off. *Bruce v. Samuels*, 577 U.S. 82, 88–89 (2016). This means that a prisoner who owes five filing fees will have 100% of his income taken each month until the debt is satisfied.

On June 1, 2026, Plaintiff filed a letter questioning whether the jail's deduction of more than 20% of a recent deposit was proper. The Court trusts that the above information addresses his concern. If not, Plaintiff should raise his concern through the jail's grievance procedures, as Plaintiff asserts a jail official advised him to do. Plaintiff also asks that he be permitted to delay payment of his filing fee debt until he is released or goes to prison and gets a job. He may not. As

noted, the requirement that prisoners pay their filing fee debt through monthly deductions is set forth in §1915(b)(2). The Court does not have the authority to excuse Plaintiff from this statutory requirement.

        **SO ORDERED** at Green Bay, Wisconsin this 4th day of June, 2026.

William C. Griesbach
United States District Judge