UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MANUEL ANTONIO HERRERA HERNANDEZ,

Plaintiff,

v. Case No. 24-C-1251

LT. MARY RUECHEL et al.,

Defendants.

---

**DECISION AND ORDER**

---

Plaintiff Manuel Antonio Herrera Hernandez is representing himself in this 42 U.S.C. §1983 case. On March 26, 2026, the Court granted Defendants' summary judgment motion and dismissed this case. Plaintiff appealed. On August 5, 2026, Plaintiff filed a motion under Fed. R. App. P. 10(e) to supplement the record on appeal. Plaintiff has asserted for some time that he mailed documents to the Court in February that were not docketed. *See* Dkt. Nos. 126, 143, 144. The Court confirmed that it did not receive the referenced documents in February, which is why they were not docketed. *See* Dkt. Nos. 129, 146. Out of an abundance of caution, the Court asked the clerk's office to again review the paper file to confirm that the referenced documents were not received in February. Staff confirmed that they were not.

Accordingly, the Court **DENIES** Plaintiff's motion to supplement the record on appeal (Dkt. No. 152) because "the record truly discloses what occurred in the district court"—nothing was "omitted from or misstated in the record." Fed. R. Civ. P. 10(e).

**SO ORDERED** at Green Bay, Wisconsin this 19th day of August, 2026.

William C. Griesbach
United States District Judge